# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 19-1318 (TNM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | : : : | |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, over which the Court retains jurisdiction for the limited purpose recognized in *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 382 (1994).

Dated: June 14, 2021                                    Respectfully submitted,

| | |
|---|---|
| *s/ Hannah Connor* | CHANNING D. PHILLIPS |
| Hannah M.M. Connor (D.C. Bar #1014143) | Acting United States Attorney |
| Center for Biological Diversity | |
| P.O. Box 2155 | BRIAN P. HUDAK |
| St. Petersburg, FL 33731 | Acting Chief, Civil Division |
| (202) 681-1676 | |
| hconnor@biologicaldiversity.org | By: */s/ John C. Truong* |
| | JOHN C. TRUONG |
| Jonathan Evans (Bar No. CA00044) | D.C. BAR #465901 |
| Center for Biological Diversity | Assistant United States Attorney |
| 1212 Broadway, Suite 800 | 555 4th Street, N.W. |
| Oakland, CA 94612 | Washington, D.C. 20530 |
| (510) 844-7118 | Tel: (202) 252-2524 |
| jevans@biologicaldiversity.org | Fax: (202) 252-2599 |
| *Counsel for Plaintiff* | E-mail: John.Truong@usdoj.gov |
| | *Counsel for Defendants* |

**IT IS SO ORDERED**                                    _____
Date: _____                                    The Hon. Trevor N. McFadden